IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 98 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| RIVERVIEW ELECTRICAL CONSTRUCTION, et al. | : : | NO. 10-1168 |

ORDER

AND NOW, this 17th day of October 2011, upon consideration of the plaintiffs' Amended Motion for Entry of Default Judgment (Docket No. 12), the presentation of supplemental exhibits, after an on-the-record hearing, and for the reasons set forth in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that:

1. The motion for default judgment is GRANTED.

2. DEFAULT JUDGMENT is entered in favor of the plaintiffs and against the defendant Riverview Electrical Construction, Inc., in the amount of $8118.79, consisting of:

    a. $6855.88 in contributions owed to the Pension fund for April through June 2009;

    b. $577.32 in interest on those contributions;

    c. $685.59 in liquidated damages.

3. DEFAULT JUDGMENT is additionally entered in favor of the plaintiffs and against the defendants, Riverview Electrical Construction, Inc., Patricia Flanagan, Timothy

Flanagan, and Thomas Flanagan, jointly and severally, in the amount of $45,101.83, consisting of:

      a.   $21,309.30 in contributions owed for April through June 2009 to all funds except for the Pension fund;

      b.   $1794.71 in interest on those contributions;

      c.   $2130.93 in liquidated damages;

      d.   $17,050.89 in attorney's fees and costs.

4.   The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.